IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,                  No. Civ. S-05-1859 DFL KJM

    Plaintiff,                       <u>RECUSAL ORDER</u>

  v.

DATA DAY USA, INC., A
California Corporation, et al.,

    Defendants.
_____/

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court shall

/////
////
////
////

reassign this case to another judge for all further proceedings and make the appropriate adjustment to the case assignment system.

    IT IS SO ORDERED.

DATED: 9/21/2005

_____
DAVID F. LEVI
United States District Judge