DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: wwarne@downeybrand.com
mthomas@downeybrand.com

Attorneys for Defendants
Data Day USA, Inc. and Jimmy Mozaffar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DATA DAY USA, INC., a California corporation; JIMMY MOZAFFAR, an individual; and SEPHOR IZADPAWAN, an individual,<br><br>Defendants. | Case No.  2-05-CV-1859 FCD KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |

WHEREAS Defendants Data Day USA, Inc., and Jimmy Mozaffar and Plaintiff Microsoft Corporation, by and through their respective counsel, initially filed on October 5, 2005, a stipulation pursuant to Rule 6-144 for a two week extension of time in which to respond to the complaint.

WHEREAS the parties agree that another two week extension is appropriate in order to facilitate the parties' ongoing settlement negotiations.

IT IS HEREBY STIPULATED by and between Defendants Data Day USA, Inc., Jimmy Mozaffar, (hereinafter "Defendants") and Plaintiff, Microsoft Corporation,  that Defendants shall be and hereby are granted an additional two week extension of time, to and including November 3, 2005 in which to file and serve a responsive pleading to the Complaint.

| | | |
|---|---|---|
| 1 | DATED: October 18, 2005 | PERKINS COIE LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer N. Chiarelli (as authorized on 10/18/05 |
| 4 | | JENNIFER N. CHIARELLI |
| | | Attorney for Plaintiff |
| 5 | | Microsoft Corporation |
| 6 | DATED: October18, 2005 | DOWNEY BRAND LLP |
| 7 | | |
| 8 | | By: /s/ Michael J. Thomas |
| 9 | | MICHAEL J. THOMAS |
| | | Attorney for Defendant |
| 10 | | Data Day USA, Inc. and Jimmy Mozaffar |

IT IS SO ORDERED:

Dated: October 19, 2005             /s/ Frank C. Damrell Jr.
                                    Judge, United States District Court

706359.3

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT