DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: wwarne@downeybrand.com
mthomas@downeybrand.com

Attorneys for Defendants
Data Day USA, Inc. and Jimmy Mozaffar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DATA DAY USA, INC., a California corporation; JIMMY MOZAFFAR, an individual; and SEPHOR IZADPAWAN, an individual,<br><br>Defendants. | Case No.  2-05-CV-1859 FCD KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |

    WHEREAS Defendants Data Day USA, Inc., and Jimmy Mozaffar and Plaintiff Microsoft

Corporation, by and through their respective counsel, initially filed on October 5, 2005, a

stipulation pursuant to Rule 6-144 for a two week extension of time in which to respond to the

complaint.

    WHEREAS the parties agreed to another two week extension which was approved by

Court Order dated October 19, 2005.

    WHEREAS the parties agree that another thirty-day extension is appropriate in order to

facilitate the parties' ongoing settlement negotiations without incurring additional attorneys' fees

and costs associated with a responsive pleading.  The parties have informally exchanged

documents regarding the transactions alleged in the Complaint, and are working towards

1

DOWNEY BRAND LLP

1   collectively analyzing the documents to inform the parties as to a potentially appropriate

2   settlement.  Accordingly, the parties request that this extension be granted.

3         IT IS HEREBY STIPULATED by and between Defendants Data Day USA, Inc., Jimmy

4   Mozaffar, (hereinafter "Defendants") and Plaintiff, Microsoft Corporation,  that Defendants shall

5   be and hereby are granted an additional thirty-day extension of time, up to and including Monday,

6   December  5, 2005 in which to file and serve a responsive pleading to the Complaint.

7

8   DATED:  November 3, 2005       PERKINS COIE LLP

9

10                 By: /s/ Jennifer N. Chiarelli (as authorized on 11/3/05)
                    JENNIFER N. CHIARELLI

11                     Attorney for Plaintiff
                    Microsoft Corporation

12   DATED:  November 3, 2005       DOWNEY BRAND LLP

13

14                 By: /s/ Michael J. Thomas

15                     MICHAEL J. THOMAS

16                     Attorney for Defendants
                    Data Day USA, Inc. and Jimmy Mozaffar

17

18   IT IS SO ORDERED:

19   Dated: November 4, 2005       /s/ Frank C. Damrell Jr.
                    Judge, United States District Court

20

21

22   706359.4

23

24

25

26

27

28

DOWNEY BRAND LLP

2