DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: wwarne@downeybrand.com
mthomas@downeybrand.com

Attorneys for Defendants
Data Day USA, Inc. and Jimmy Mozaffar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DATA DAY USA, INC., a California corporation; JIMMY MOZAFFAR, an individual; and SEPHOR IZADPAWAN, an individual,<br><br>        Defendants. | Case No.  2-05-CV-1859 FCD KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |

WHEREAS Defendants Data Day USA, Inc. and Jimmy Mozaffar (collectively, "Defendants"), and Plaintiff Microsoft Corporation, by and through their respective counsel, initially filed on October 5, 2005, a stipulation pursuant to Rule 6-144 for a two week extension of time in which to respond to Plaintiff's complaint ("Complaint").

WHEREAS the parties agreed to another two week extension which was approved by Court Order dated October 19, 2005.

WHEREAS the parties agreed to a thirty-day extension which was approved by Court Order dated November 4, 2005.

WHEREAS the parties agree that another two week extension is appropriate in order to facilitate the parties' ongoing settlement negotiations without incurring additional attorneys' fees

DOWNEY BRAND LLP

718662.2

1

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

and costs associated with a responsive pleading.  Accordingly, the parties request that this two week extension be granted.

IT IS HEREBY STIPULATED by and between Defendants Data Day USA, Inc., Jimmy Mozaffar, (hereinafter "Defendants") and Plaintiff Microsoft Corporation, that Defendants shall be and hereby are granted an additional two week extension of time, up to and including Monday, December 19, 2005 in which to file and serve a responsive pleading to the Complaint.

DATED:  December 5, 2005            PERKINS COIE LLP


                                    By: /s/ Jennifer N. Chiarelli (as authorized on 12/5/05)
                                        JENNIFER N. CHIARELLI
                                        Attorney for Plaintiff
                                        Microsoft Corporation

DATED:  December 5, 2005            DOWNEY BRAND LLP


                                    By: /s/ Michael J. Thomas
                                        MICHAEL J. THOMAS
                                        Attorney for Defendants
                                        Data Day USA, Inc. and Jimmy Mozaffar


IT IS SO ORDERED:

Dated: December 6,  2005            /s/ Frank C. Damrell Jr.
                                    Judge, United States District Court

DOWNEY BRAND LLP

718662.2

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com