DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
NIRAV K. DESAI (Bar No. 232429)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: mthomas@downeybrand.com;
ndesai@downeybrand.com

Attorneys for Defendants
Data Day USA, Inc. and Jimmy Mozaffar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DATA DAY USA, INC., a California corporation; JIMMY MOZAFFAR, an individual; and SEPHOR IZADPAWAN, an individual,<br><br>Defendants. | Case No.  2-05-CV-1859 FCD KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |

   WHEREAS Defendants Data Day USA, Inc. and Jimmy Mozaffar (collectively, "Defendants"), and Plaintiff Microsoft Corporation ("Microsoft"), by and through their respective counsel, initially filed on October 5, 2005, a stipulation pursuant to Rule 6-144 for a two week extension of time in which to respond to Plaintiff's complaint ("Complaint").

   WHEREAS the parties agreed to another two week extension which was approved by Court Order dated October 19, 2005.

   WHEREAS the parties agreed to a thirty-day extension which was approved by Court Order dated November 4, 2005.

   WHEREAS the parties agreed to a two-week extension which was approved by Court Order dated December 6, 2005.

WHEREAS the parties agreed to an extension extending the time within which Defendants would be required to answer to December 27, 2005, but the Court was unavailable to review the stipulation and proposed order prior to December 27, 2005.

WHEREAS the parties agree that Defendants should be granted additional time, until January 12, 2006, within which to file their answers to Microsoft's Complaint.  Accordingly, the parties request that this extension be granted.

IT IS HEREBY STIPULATED by and between Defendants Data Day USA, Inc., Jimmy Mozaffar, (hereinafter "Defendants") and Plaintiff Microsoft Corporation, that Defendants shall be and hereby are granted until Thursday, January 12, 2006, to file and serve a responsive pleading to the Complaint.

DATED:  December 30, 2005             PERKINS COIE LLP

By: /s/ Audra Mori (authorized on 12/30/05)
        AUDRA M. MORI
        Attorney for Plaintiff
        Microsoft Corporation

DATED:  December 30, 2005             DOWNEY BRAND LLP

By: /s/ Michael J. Thomas
        MICHAEL J. THOMAS
        Attorney for Defendants
        Data Day USA, Inc. and Jimmy Mozaffar

IT IS SO ORDERED:

Dated: January 3, 2006             /s/ Frank C. Damrell Jr.
        Judge, United States District Court

723045.1

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com