IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

     Plaintiff,                        No. CIV S-05-1859 FCD KJM PS

     vs.

DATA DAY USA, INC., et al.,

     Defendants.               <u>ORDER</u>

         A status conference was held in this matter on April 26, 2006 before the undersigned.  Jennifer Chiarelli appeared telephonically for plaintiff.  Defendant Mozaffar appeared in propria persona.  No appearance was made for the remaining defendants.  Upon consideration of the status reports on file in this action, discussion of counsel and defendant and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

         1.  Defendant corporation Data Day USA previously has been advised it could not proceed in propria persona and has failed to obtain counsel as directed by the court.  The answer filed January 12, 2006 on behalf of defendant Data Day USA (docket no. 24) is accordingly stricken.  The Clerk of Court is directed to enter the default of defendant Data Day USA.

         2.  At the status conference, defendant Mozaffar stated his correct name is Dr. Jamaledin Mozaffar.  The Clerk of Court is directed to correct the docket accordingly.

3. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

4. Discovery, including the hearing of discovery motions, shall be completed by September 27, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

5. The parties may request no later than October 1, 2006 referral to the Voluntary Dispute Resolution Program ("VDRP") or a court supervised settlement conference. The parties shall contact Connie Farnsworth, Courtroom Deputy, if such referral is requested.

6. Experts shall be disclosed no later than October 2, 2006.

7. Rebuttal experts shall be disclosed no later than October 30, 2006.

8. Expert discovery, including the hearing of discovery motions pertaining to experts, shall be completed by November 15, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

9. Dispositive motions, other than discovery motions, shall be noticed to be heard by December 13, 2006.

10. No later than February 23, 2007, pretrial statements shall be filed in accordance with Local Rule 16-281. The final pretrial conference shall be conducted by the Honorable Frank C. Damrell on the file only, without appearance by either party.

11. Trial of this matter is set for April 24, 2007 at 9:00 a.m. before the Honorable Frank C. Damrell. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: April 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
microsoft-data.oas