1  Audra M. Mori (State Bar No. 162850)
   Katherine M. Dugdale (State Bar No. 168014)
2  Jennifer N. Chiarelli (State Bar No. 212253)
   PERKINS COIE LLP
3  1620 26th Street, Sixth Floor – South Tower
   Santa Monica, California  90404
4  Tel: (310) 788-9900; Fax: (310) 788-3399
   E-mail:  Amori@perkinscoie.com; Kdugdale@perkinscoie.com
5  Jchiarelli@perkinscoie.com

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 | MICROSOFT CORPORATION, a Washington corporation, | CASE NO. 2:05-CV-01859 FCD-KJM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER; ORDER |
| v. | |
| DATA DAY USA, INC., a California corporation; JIMMY MOZAFFAR, an individual; and SEPHOR IZA PAWAN, an individual, | |
| Defendants. | |

20         The parties request that the Court accept the parties' Stipulation to Continue Dates in the

21 Scheduling Order in this matter.  The parties are scheduled to participate in a Settlement

22 Conference on November 16, 2006.  Under the current Scheduling Order, dispositive motion are

23 required to be noticed to be heard by December 13, 2006, such that any dispositive motion must

24 be filed and served no later than November 10, 2006.  In order to avoid incurring the time and

25 expense associated with preparing motions for summary judgment before participating in the

26 Settlement Conference, the parties request an approximate 30-day continuance of the following

27 dates:

28

STIPULATION TO CONTINUE DATES                                [41826-5065-000000/12006342_1 (3).DOC]
CASE NO. 2:05-CV-01859 FCD-KJM

|  | Current Dates: | Proposed Dates: |
|---|---|---|
| Last date for Hearing on Dispositive Motions: | December 13, 2006 | January 17, 2007 |
| Due date for Pre-Trial Statements: | February 23, 2007 | March 23, 2007 |
| Trial: | April 24, 2007 | May 22, 2007 |

**IT IS SO STIPULATED:**

DATED:  October __, 2006              JIMMY MOZAFFAR

                                                        By:_____
                                                          Jimmy Mozaffar
                                                          Defendant

DATED:  October __, 2006              PERKINS COIE LLP

                                                         By:/s/ Jennifer N. Chiarelli
                                                          Jennifer N. Chiarelli
                                                          Attorneys for Plaintiff
                                                          MICROSOFT CORPORATION

**IT IS SO ORDERED.**

DATED:  October 31, 2006.

_____
U.S. MAGISTRATE JUDGE