IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

     Plaintiff,                      No. CIV S-05-1859 FCD KJM PS

     vs.

DATA DAY USA, INC., et al.,        ORDER RE SETTLEMENT & DISPOSITION

     Defendants.

_____/

     Pursuant to the representations of the parties at further proceedings held after the initial Settlement Conference conducted in Chambers on November 16, 2006, the court has determined that the above-captioned case has settled.

     The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

     All hearing dates set in this matter, including the court trial currently set for May 22, 2007, are **VACATED.**

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4       IT IS SO ORDERED.
5       DATED: December 15, 2006.

　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE