1  Audra M. Mori (State Bar No. 162850)
   Katherine M. Dugdale (State Bar No. 168014)
2  Jennifer N. Chiarelli (State Bar No. 212253)
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, California  90404
   Telephone:  (310) 788-9900; Facsimile:  (310) 788-3399
5  Amori@perkinscoie.com; Kdugdale@perkinscoie.com;
   Jchiarelli@perkinscoie.com
6
7  Attorneys for Plaintiff
   MICROSOFT CORPORATION

8

9

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

13  MICROSOFT CORPORATION, a Washington corporation,    CASE NO. 2:05-CV-01859 FCD-KJM

14                     Plaintiff,                      **STIPULATED PERMANENT INJUNCTION; ORDER**

15          v.

16  DATA DAY USA, INC., a California corporation; JIMMY MOZAFFAR, an individual; and SEPHOR IZA PAWAN, an individual,

18                     Defendants.

19

20       Plaintiff Microsoft Corporation ("Microsoft") and Defendant Jimmy Mozaffar, an

21  individual ("Defendant"), hereby stipulate that Defendant along with his agents, servants,

22  employees, representatives, successors and assigns, and all those persons or entities acting in

23  concert or participation with him, shall be and hereby are PERMANENTLY ENJOINED and

24  restrained from:

25       (a)  imitating, copying, or making any other infringing use or infringing distribution of

26  software programs, components, end user license agreements ("EULA"), certificates of

27  authenticity ("COA") or items protected by Microsoft's registered trademarks and service mark,

28  including, but not limited to, the following Trademark Registration Nos.:

(1)   1,200,236 ("MICROSOFT");

(2)   1,256,083 ("MICROSOFT");

(3)   1,872,264 ("WINDOWS");

(4)   1,816,354 (WINDOWS FLAG LOGO);

(5)   1,815,350 (COLORED WINDOWS LOGO);

(6)   2,744,843 (FLAG DESIGN);

(7)   1,475,795 ("POWERPOINT");

(8)   1,741,086 ("MICROSOFT ACCESS");

(9)   2,188,125 ("OUTLOOK"); and

(10)  1,982,562 (PUZZLE PIECE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Nos.:

(1)   TX 5-407-055 ("Windows XP Professional");

(2)   TX 4-905-936 ("Office 2000");

(3)   TX 4-905-950 ("Access 2000");

(4)   TX 5-905-949 ("Excel 2000");

(5)   TX 4-906-019 ("Outlook 2000");

(6)   TX 4-905-952 ("PowerPoint 2000");

(7)   TX 4-905-937 ("Publisher 2000");

(8)   TX 4-905-951 ("Word 2000"); and

(9)   TX 4-309-301 ("FrontPage 2000");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b)   manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service

mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

    (e)    using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

    (f)    engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

/ / /

/ / /

/ / /

STIPULATED PERMANENT INJUNCTION     [41826-5065-000000/12239722_1.DOC]
CASE NO. 2:05-CV-01859 FCD-KJM
41826-5065/LEGAL12239722.1

(g)     knowingly assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

IT IS SO STIPULATED:

DATED:  December ___, 2006                JIMMY MOZAFFAR, an individual

                                                                                                                                                  _____
By:  Jimmy Mozaffar

DATED:  December ___, 2006                MICROSOFT CORPORATION, a Washington corporation

                                     _____
By:  _____

Approved as to form:

DATED: December ___, 2006                 PERKINS COIE LLP

By:_____
    Jennifer N. Chiarelli
    Attorneys for Plaintiff
    MICROSOFT CORPORATION

DATED: December ___, 2006                 JIMMY MOZAFFAR

By:_____
    Jimmy Mozaffar
    Defendant

# ORDER

Good Cause appearing therefore, IT IS ORDERED that Defendant Jimmy Mozaffar, an individual ("Defendant"), along with his agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA"), certificates of authenticity ("COA"), or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1) 1,200,236 ("MICROSOFT");
    (2) 1,256,083 ("MICROSOFT");
    (3) 1,872,264 ("WINDOWS");
    (4) 1,816,354 (WINDOWS FLAG LOGO);
    (5) 1,815,350 (COLORED WINDOWS LOGO);
    (6) 2,744,843 (FLAG DESIGN);
    (7) 1,475,795 ("POWERPOINT");
    (8) 1,741,086 ("MICROSOFT ACCESS");
    (9) 2,188,125 ("OUTLOOK"); and
    (10) 1,982,562 (PUZZLE PIECE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Nos.:

    (1) TX 5-407-055 ("Windows XP Professional");
    (2) TX 4-905-936 ("Office 2000");
    (3) TX 4-905-950 ("Access 2000");
    (4) TX 5-905-949 ("Excel 2000");
    (5) TX 4-906-019 ("Outlook 2000");
    (6) TX 4-905-952 ("PowerPoint 2000");

(7) TX 4-905-937 ("Publisher 2000");

(8) TX 4-905-951 ("Word 2000"); and

(9) TX 4-309-301 ("FrontPage 2000");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

1      (g)    knowingly assisting, aiding, or abetting any other person or business entity in
2  engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

DATED:  January 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 7 -
STIPULATED PERMANENT INJUNCTION      [41826-5065-000000/12239722_1.DOC]
CASE NO. 2:05-CV-01859 FCD-KJM
41826-5065/LEGAL12239722.1