1  Audra M. Mori (State Bar No. 162850)
   Katherine M. Dugdale (State Bar No. 168014)
2  Jennifer N. Chiarelli (State Bar No. 212253)
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, California  90404
   Telephone:  (310) 788-9900; Facsimile:  (310) 788-3399
5  Amori@perkinscoie.com; Kdugdale@perkinscoie.com;
   Jchiarelli@perkinscoie.com
6
   Attorneys for Plaintiff
7  MICROSOFT CORPORATION

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12
   MICROSOFT CORPORATION, a Washington
13 corporation,                              CASE NO. 2:05-CV-01859 FCD-KJM

14              Plaintiff,                   **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

15       v.

16 DATA DAY USA, INC., a California
   corporation; JIMMY MOZAFFAR, an
17 individual; and SEPHOR IZA PAWAN, an
   individual,
18
                Defendants.
19

20
21      WHEREAS Plaintiff Microsoft Corporation ("Plaintiff") and Defendant Jimmy

22 Mozaffar, have settled this action;

23      IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys, and

24 Defendant, who is proceeding *pro se*, that Defendant Jimmy Mozaffar, an individual

25 ("Defendant"), shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule

26 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys'

27 fees.

28

1  IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendant.

IT IS SO STIPULATED.

DATED: November ___, 2006     PERKINS COIE LLP

By:_____
   Jennifer N. Chiarelli
   Attorneys for Plaintiff
   MICROSOFT CORPORATION

DATED: November ___, 2006     JIMMY MOZAFFAR

By:_____
   Jimmy Mozaffar
   Defendant

### **ORDER**

Good Cause appearing therefore, IT IS ORDERED THAT:

Defendant Jimmy Mozaffar, an individual, is hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendant.

DATED: January 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE